**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SABAL TRAIL TRANSMISSION, LLC,

Plaintiff,

vs.

+\- 0.728 ACRES OF LAND IN
SUWANNEE COUNTY FLORIDA,
THOMAS F. VAN BRUNT, JR.,
SUSAN VAN BRUNT, ET AL,

Defendants.
_____________________________________/

Case No: 3:16-cv-00315-HLA-JBT

Tract Nos: FL-SU-165.005

**APPENDIX VI TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF CHAD DURRANCE AND MEMORANDUM OF LAW IN SUPPORT**

Defendants, THOMAS F. VAN BRUNT, JR., and SUSAN VAN BRUNT, hereby submit Appendix VI of exhibits in support of their Motion to Exclude Testimony of Chad Durrance, MAI.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 2nd day of January, 2018, by CM/ECF to: **Bruce M. Harris, Esq.**, bruce@hhbzlflorida.com, **Gordon H. Harris, Esq.**, stumpy@hhbzlflorida.com, **Kurtis T. Bauerle, Esq.**, kurt@hhbzlflorida.com, **Felecia G. Ziegler, Esq.**, Felecia@hhbzlflorida.com, **Edgar Lopez, Esq.**, edgar@hhbzlflorida.com, Harris Harris Bauerle Ziegler Lopez, 1201 E. Robinson Street, Orlando, FL 32801, *Attorneys for Plaintiff*; **Sharee D. Eriks, Esq.**, seriks@bakerdonelson.com, Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 100 SE Third Avenue, Suite 1620, Ft. Lauderdale,

FL 33394, *Attorneys for MERS*.

Respectfully submitted,

/s/ Andrew Prince Brigham

**Andrew Prince Brigham**
Lead Trial Counsel
Florida Bar No. 903930
**E. Scott Copeland**
Florida Bar No. 119734
**BRIGHAM PROPERTY RIGHTS LAW FIRM**
2963 Dupont Avenue, Suite 3
Jacksonville, FL 32217
Phone: 904-730-9001
Fax: 904-733-7633
abrigham@propertyrights.com
scopeland@propertyrights.com
blaing@propertyrights.com
wdixon@propertyrights.com
Attorneys for Defendants
Thomas F. VanBrunt, Jr. and Susan VanBrunt

# INDEX TO APPENDIX VI

**A.** Chapter 3: Legal Measurements Of Just Compensation
Real Estate Valuation in Litigation, 2nd Edition, 1995, J.D. Eaton

**B.** Chapter 10: Sales Comparison Approach To Value
Real Estate Valuation in Litigation, 2nd Edition, 1995, J.D. Eaton

**C.** Chapter 14: Damages In Partial Taking Cases
Real Estate Valuation in Litigation, 2nd Edition, 1995, J.D. Eaton

**D.** Chapter 19: Comparative Analysis (Excerpts)
The Appraisal of Real Estate, 14th Edition, 2013, The Appraisal Institute