Appraisal Institute®

*Professionals Providing Real Estate Solutions*

# The Appraisal of Real Estate

14th Edition










# Comparative Analysis

*Comparative analysis* is the general term used to identify the process in the sales comparison approach in which quantitative and qualitative techniques are applied to comparable sales data to derive a value indication. An appraiser may use both quantitative adjustments and qualitative analysis in comparative analysis.

The process of researching and applying adjustments involves a thorough analysis of the comparable sales to identify the elements of comparison that affect the value of the type of property being appraised. Quantitative adjustments derived in comparative analysis and applied to the sale prices of the comparable properties may be expressed in numerical amounts (e.g., dollars, percentages). The conclusions of qualitative analysis may be described in terms that clearly convey the relative difference between the comparable property and the subject in regard to each element of comparison (e.g., inferior, superior, similar). The evidence that supports a numerical adjustment and the source of all value conclusions must be readily understood by the intended users of the appraisal report.

When quantitative differences cannot be identified for a specific element of comparison, qualitative analysis is used to determine which comparable sales are inferior, similar, or superior to the subject property for that element of comparison. The adjusted prices of the inferior and superior groups bracket the value of the

**comparative analysis**
The process by which a value indication is derived in the sales comparison approach. Comparative analysis may employ quantitative or qualitative techniques, either separately or in combination.

subject and indicate a probable range of values. The appraiser concludes a single value indication for the subject property from this range of values.

In applying quantitative adjustments, qualitative analysis, or both, appraisers must ensure that their reasoning is clear and adequately explained in the appraisal report. The extent of narrative explanation required also depends on the complexity of the property being appraised. The more complex the property, the more factors that must be considered in the analysis and then explained to intended users of the appraisal.

## Quantitative Adjustments

Several techniques are available to quantify adjustments to the sale prices of comparable properties:

- data analysis techniques such as paired data analysis, grouped data analysis, and secondary data analysis
- statistical analysis, including graphic analysis and scenario analysis
- cost-related adjustments (cost to cure, depreciated cost)
- capitalization of income differences

Appraisers can usually find some logic to support most quantitative adjustments given the number of tools available to them. Of course, the value indication supported by quantitative adjustments may differ from the results of cost or income capitalization analysis, and the appraiser will have to reconcile the results of the sales adjustment process with the results of the other approaches to value. Above all, the appraiser must be careful to ensure that mathematical adjustments reflect the reactions of market participants.

### Data Analysis Techniques

Paired data analysis is based on the premise that when two properties are equivalent in all respects but one, the value of the single difference can be measured by the difference in price between the two properties. For example, two residential properties are similar in all respects except for location–one property has a corner lot while the other is on an interior lot. If both properties sell at a similar time so that there is no difference in market conditions, the difference in sale price can be attributed to the different locations of the properties, and that identifiable difference can be used in the adjustment process. If the home on the corner lot sold for $30,000 more than the home on the interior lot, that difference could be used to adjust the sale prices of other comparable sales in the market for location on a corner lot or an interior lot.

Paired data analysis should be developed with extreme care to ensure that the properties are truly comparable and that other differences do not exist, such as improvements made subsequent to the sale or additional approvals that had to be obtained.

A related technique, grouped data analysis, involves grouping data by an independent variable such as date of sale and calculating equiva-

lent typical values. The grouped sales are studied in pairs to identify the effect on a dependent variable such as the unit price of comparable properties. To apply this technique to the market used in the example described above, the appraiser would compare a group of comparable homes all on interior lots to a different group of residences all on corner lots rather than comparing just one property of each type. The sales would be used to develop a range and then reconcile the value indications.

Paired data and grouped data analysis are variants of sensitivity analysis, which is a method used to isolate the effect of individual variables on value. Often associated with risk analysis, sensitivity analysis studies the impact of variables on different measures of return.

**paired data analysis**
A quantitative technique used to identify and measure adjustments to the sale prices or rents of comparable properties; to apply this technique, sales or rental data on nearly identical properties except for one characteristic is analyzed to isolate the single characteristic's effect on value or rent.

Although paired data analysis of sales or rents is a theoretically sound method, it may be impractical and produce unreliable results when only a narrow sampling of sufficiently similar properties is available. This is particularly true for commercial and industrial properties and properties that do not sell or lease frequently in the market. A lack of data can make quantifying the adjustments attributable to all the variables a difficult process. An adjustment derived from a single pair of sales is not necessarily indicative, just as a single sale does not necessarily reflect market value.

Special care must be taken when relying on pairs of adjusted prices because the difference measured may not represent the actual difference in value attributable to the characteristic being studied. The difference may include other aspects of the property, not just the one characteristic being studied. Pure pairings may be analyzed first. For example, data on a sale and resale of the same property may be compared to derive a market conditions adjustment. Pairings of adjusted sales should only be used as an analytical tool when truly pure pairings are unavailable. When more than one element of comparison is involved, additional pairs can be studied to isolate and extract the differing elements of comparison.[1] However, in such cases care must be exercised to ensure the process accurately reflects differences considered by market participants.

Grouped data analysis extends the logic of paired data analysis to larger data sets. In this technique, comparable sales are grouped by an independent variable such as date of sale and then the groups are studied as pairs. For example, sales of units in an industrial park

When sufficient data is available for "pure" pairings (i.e., pairs of sales or rental data from properties that are identical except for the single element being measured), paired data analysis may be a foundation for quantitative adjustments.

1. Comparable properties that contain different unit or inventory mixes should be adjusted for this difference before pairing analysis is conducted. Examples of properties with different unit or inventory mixes include apartment buildings with one-, two-, and three-bedroom units and agricultural lands with different types of soil. A unit or inventory mix adjustment is required to ensure that the comparables and subject are commensurate. The appraiser may be able to extract this adjustment by investigating the value relationships among the different classes of properties within the same property type.

Examples of applications of paired data analysis in this chapter include the following:

- The comparison of sales and resales of homes to determine a market conditions adjustment
- The analysis of incremental rent in Table 19.4

that occurred in 2012 are grouped together, and the average sale price for that year is compared to the average sale price of another group of sales that occurred in 2013. Analyzing the pairs of average sale prices gives a measure of the change in sale prices from 2012 to 2013. This type of analysis is used with other techniques.

A third form of data analysis, secondary data analysis, is used to support adjustments derived by other methods. This technique makes use of data that does not directly pertain to the subject or comparable properties. This secondary data describes the general real estate market and is usually collected by a data vendor research firm or government agency like the county assessor. Secondary data may need verification.

## Statistical Analysis

Statistical methods may also be applied to calculate adjustments to comparable sales. To use any form of statistical analysis, the appraiser must understand (and properly apply) fundamental statistical concepts as well as the particular methodology selected.[2] In applying statistical analysis, the appraiser must be careful not to develop a result that is mathematically precise yet logically meaningless or inappropriate for the particular appraisal. As with other adjustment techniques, statistical analysis must reflect the thought processes and conclusions of market participants to serve as a useful, persuasive valuation tool.

In one common application, an appraiser can develop a series of adjustment factors to control for different tract sizes by creating a simple linear regression model and then use the results of the regression analysis as a means of inferring the size adjustment for properties within the range of the data. If a reasonable pattern emerges, the model can be applied to a group of sales with differing land sizes to test its accuracy, although the process might also demonstrate that the indicated adjustments are incorrect.

Appraisers should recognize the differences between statistical processes in the collection and description of data and should be able to distinguish between descriptive and inferential statistics. Without an understanding of these basic issues, any use of statistical calculations is dangerous or ill-advised. It is improper to mix a value of a single regression coefficient that is developed for a given statistical model with other market adjustments developed from paired sales analysis or other market data comparison techniques.[3]

Examples of applications of statistical analysis in this chapter include the following:

- The regression analysis shown in Figure 19.4

---

2. Full discussion of the statistical methods applicable to the sales comparison approach is beyond the scope of this text. Chapter 14 provides a review of basic statistical techniques. In addition, *The Appraisal Journal*, *Assessment Journal*, *The Journal of Real Estate Research*, *Real Estate Economics*, and other scholarly journals have published many articles on advanced statistical applications.

3. The difficulty in applying regression analysis to real estate appraisal is discussed in Gene Dilmore, "Appraising with Regression Analysis: A Pop Quiz," *The Appraisal Journal* (October 1997): 403–404. See Appendix B for a more detailed discussion of appropriate applications of regression analysis.

Scenario analysis is a form of modeling in which the conditions created by future events are forecast to test the probability or correlation of alternative outcomes. In the adjustment process, alternative scenarios can be created and then modeled to test the influence of changes in various elements of comparison on sale price. The technique allows the appraiser to forecast best, most-likely, and worst-case scenarios (such as the potential performance of proposed improvements) or to create other scenarios testing a range of values rather than a single point estimate. Scenario analysis is often used to measure the risk associated with certain market events and investment decisions.

### Graphic Analysis

A simple graphic display of grouped data may illustrate how the market reacts to variations in the elements of comparison or may reveal submarket trends. In curve fit analysis, different formulas may be employed to determine the best fit for the market data being analyzed. The most reliable equation for the best-fitting curve can be plotted, or the most appropriate equation of those commonly used to solve for an adjustment can be identified.

Examples of applications of graphic analysis in this chapter include the following:

- The analysis of a sale price trend shown in Figure 19.1
- The comparison of property locations shown in Figure 19.3

### Cost Analysis/Cost-Related Adjustments

In cost analysis, adjustments are based on cost indicators such as depreciated building cost, cost to cure, or permit fees. Cost-related adjustments are most persuasive in markets with limited sales activity. The appraiser should be able to provide market support for cost-related adjustments because cost and value are not necessarily synonymous.

Examples of applications of cost analysis in this chapter include the following:

- The adjustment for expenditures made immediately after purchase in the valuation of an industrial building

Buyers are clearly conscious of the cost of repairs, additions, or conversions as can be seen in the application of the cost approach (see Chapters 27, 28, and 29). However, the cost of an improvement does not

**descriptive statistics**
A branch of statistics concerned only with characterizing, or describing, a set of numbers; the measures used to characterize a set of data (e.g., average, maximum, coefficient of dispersion) or charts and tables depicting the data.

**inferential statistics**
The process of drawing conclusions about population characteristics through analysis of sample data.

**statistical analysis**
Quantitative techniques used to estimate value and identify and measure adjustments to the sale prices of comparable properties; techniques include statistical inference and linear and multiple regression analyses.

**scenario analysis**
An analytical technique that measures the sensitivity of a performance variable to concurrent changes in a group of variables, such as rate, sale price per unit, and occupancy. Unlike sensitivity analysis, scenario analysis recognizes that a change in one variable is likely to affect other variables. For example, if the market softens, rents may decline and vacancy rates may increase.

**graphic analysis**
Quantitative techniques used to identify and measure adjustments to the sale prices of comparable properties; a variant of statistical analysis in which an appraiser interprets graphically displayed data visually or through curve fit analysis. Graphs can also be used to support and exhibit value trends for comparison elements in qualitative analysis.

always result in an equal increase in value for the property as a whole. For example, adding a swimming pool to a residential property at a cost of $50,000 may only add $25,000 to the value of the property. On the other hand, the swimming pool might be worth more to the property than the $50,000 cost to install it if few existing residential properties have swimming pools and the demographics in the market support the addition of that amenity. As another example, a potential buyer of a refrigerated warehouse may also look at buildings without refrigeration that can be converted into refrigerated space and factor into an offer the cost of conversion (as well as other cost considerations such as the time the building would be unavailable for use during the conversion).

### Capitalization of Income Differences

Differences in net operating income can be capitalized to derive an adjustment when the income loss incurred by a comparable property reflects a specific deficiency in the property, e.g., the lack of an elevator in a low-rise office building or inadequate parking for a convenience store. Alternatively, a comparable property may enjoy a competitive advantage over the subject property, in which case the adjustment to the sale price of the comparable property would reflect the income premium the property enjoys. For example, an investor may decide to purchase a building with an elevator or one without an elevator based on the difference in potential rental rates.

Capitalization of income differences is easier to support than many other methods of quantifying adjustment amounts, and the technique is recognized by investors as a valid method of comparison. Sufficient data must be available and carefully verified. It is commonly used in eminent domain assignments to illustrate a loss in value, e.g., the difference between the rental income a property generates before and after an event such as a government taking of a portion of the property. Capitalization of rent differences can also be used in the valuation of residential property through the application of a gross rent multiplier if there is adequate information on rents and rent differences.

Examples of applications of capitalization of income differences in this chapter include the following:

- The adjustment for real property rights conveyed in the sale of an office building
- The adjustment for income loss due to the physical characteristics of an apartment building
- The comparison of net operating incomes to calculate an adjustment for economic characteristics

#### Personal Interviews

Personal interviews are part of the foundation of the adjustment process. That is, they can reveal the opinions of knowledgeable individuals participating in the subject's market such as trends in sale prices. Although data gathered through personal interviews is primary data, the opinions of market participants, however valuable, should not be used as the sole criterion for estimating adjustments or reconciling value ranges if an alternative method that relies on direct evidence of market transactions can be applied.

## Qualitative Analysis

Qualitative analysis recognizes the inefficiencies of real estate markets and the difficulty of expressing adjustments with mathematical precision. It is essential, therefore, that the appraiser explain the analytical process and logic applied in reconciling value indications using qualitative analysis techniques such as

- trend analysis
- relative comparison analysis
- ranking analysis

Statistical analysis and graphic analysis may serve as qualitative techniques when the results of those analyses do not support a precise adjustment amount but do support qualitative conclusions about value trends. Likewise, when trend analysis yields enough evidence to support a precise adjustment amount, the technique could be considered a quantitative adjustment technique. The nature of the data analyzed with the various statistical techniques will dictate how the results of the analysis can be used, either as an adjustment or as a qualitative indicator.

### Trend Analysis

Trend analysis is applicable when a large amount of market data is available. Such analyses are often useful in a variety of applications. They are especially useful when there is a limited number of closely comparable sales but a large number of properties with less similar characteristics. The various elements of comparison influencing a sale price can be tested to determine their market sensitivity. Once the appraiser has determined which elements of comparison show market sensitivity, price patterns can be analyzed to support other analyses.

In the application of market analysis, the term *trend analysis* refers specifically to inferred demand analysis, i.e., using historical data and statistics to draw inferences about the future, assuming that a property or property type will perform in the future as it has in the past. In the context of statistical theory, *trend analysis* is often defined as analysis of a time series. In the context of sales comparison, the term simply refers to the use of statistical techniques to make comparisons of variables other than time.

### Relative Comparison Analysis

Relative comparison analysis is the study of the relationships indicated by market data without recourse to quantification, i.e., the data reveals an ordinal relationship between elements of a data set. Many appraisers use this technique because it reflects the imperfect

**trend analysis**
A qualitative technique used to identify and measure trends in the sale prices of comparable properties; useful when sales data on highly comparable properties is lacking, but a broad database on properties with less similar characteristics is available. Market sensitivity is investigated by testing various factors that influence sale prices.

**relative comparison analysis**
A qualitative technique for analyzing comparable sales; used to determine whether the characteristics of a comparable property are inferior, superior, or similar to those of the subject property. Relative comparison analysis is similar to paired data analysis, but quantitative adjustments are not derived.

Examples of applications of relative comparison analysis in this chapter include the following:

- The comparison of ranges of lot sizes shown in Table 19.3
- The analysis of varying maximum buildable areas for office properties shown in Table 19.6

Examples of applications of ranking analysis in this chapter include the following:

- The analysis of corner and interior lot locations shown in Table 19.1

**bracketing**
A process in which an appraiser determines a probable range of values for a property by applying qualitative techniques of comparative analysis to a group of comparable sales. The array of comparables may be divided into three groups—those superior to the subject, those similar to the subject, and those inferior to the subject. The adjusted sale prices reflected by the sales requiring downward adjustment and those requiring upward adjustment refine the probable range of values for the subject and identify a value bracket in which the final value opinion will fall.

**ranking analysis**
A qualitative technique for analyzing comparable sales; a variant of relative comparison analysis in which comparable sales are ranked in descending or ascending order of desirability and each is analyzed to determine its position relative to the subject.

nature of real estate markets. To apply the technique the appraiser analyzes comparable sales and identifies whether the characteristics of the comparable properties are inferior, superior, or similar to those of the subject property.

Reliable results can usually be obtained by bracketing the subject between comparable properties that are superior and inferior to it. If the comparable properties are either all superior or all inferior, however, only an upper or lower limit of values is set and no range (or bracket) of possible values for the subject can be defined. For example, if all the comparable properties are inferior in terms of qualitative factors, the only conclusion the appraiser can draw is that the value of the subject property is higher than the highest value indication for the comparable properties. The appraiser must search the market diligently to obtain and analyze sufficient pertinent data to bracket the value of the subject property. If the available comparable sales do not bracket the subject's value, the appraiser should consider employing other analytical techniques to establish such a bracket. Quantitative adjustments to the comparable sales can often serve this purpose.

### Ranking Analysis

Ranking analysis is used to sort the comparable data for differences in specific elements of comparison, e.g., size, corner or interior lot, frontage. The technique can be used to test the specific elements of comparison for their market sensitivities. The comparable sales are ranked according to overall comparability or by some other element of comparison so that the relative position of each comparable sale to the subject property is clear. Specific value trends can thereby be established for elements of comparison that are market-sensitive, and those that show no discernible or reasonable trends will be discarded.

## Elements of Comparison

As indicated in Chapter 18, elements of comparison are the characteristics of properties and transactions that help explain the variances in the prices paid for real property. The basic elements of comparison considered in comparative analysis are

- real property rights conveyed
- financing terms

- conditions of sale
- expenditures made immediately after purchase
- market conditions
- location
- physical characteristics
- economic characteristics
- legal characteristics
- non-realty components of value

Each of the basic elements of comparison should be analyzed to determine whether an adjustment is required. If sufficient information is available, a quantitative adjustment may be made. If there is insufficient support for a quantitative adjustment, the element of comparison may be better addressed using qualitative analysis.

Adjustments for differences in the elements of comparison are made to the price of each comparable property. Adjustments may be made to the total property price, to a common unit price, or to a mix of both, but the unit prices used must be applied consistently to the comparable properties at the appropriate points in the adjustment process. The magnitude of the adjustment made for each element of comparison depends on how much that characteristic of the comparable property differs from the subject property.

Appraisers should consider all appropriate elements of comparison and avoid double-counting adjustments for the same difference reflected in multiple elements of comparison. This requires an awareness of situations in which the influence of differences in one element of comparison may have an effect on an adjustment derived for a different element of comparison. (This relationship, called *multicollinearity*, is discussed in Chapter 14.) For example, an adjustment made to the sale of a comparable residential property for the number of bedrooms in the house might be related to or be duplicative of an adjustment that has already been made for the size of the house. The size difference may be reflected in both elements of comparison–a classic multicollinearity problem.

## Transactional Adjustments

The transactional adjustments are generally applied in a specific sequence:

1. Real property rights conveyed
2. Financing terms
3. Conditions of sale
4. Expenditures made immediately after purchase
5. Market conditions

### Real Property Rights Conveyed

When real property rights are sold, they may be the sole subject of a contract, or the contract may include other rights, less than all of the real property rights, or even rights to another property or properties. Before

a comparable sale property can be used in sales comparison analysis, the appraiser must first ensure that the sale price of the comparable property applies to property rights that are similar to those being appraised. This may require one or more adjustments to the price of the comparable property before specific differences in the physical real estate can be compared. For example, the rights conveyed by a quitclaim deed for real property may or may not include the complete bundle of rights that make up the fee simple estate.[4] If a comparable sale involves a quitclaim deed, the appraiser must determine if the buyer and seller considered the transaction to be equivalent to a fee simple transaction or must seek other supporting evidence before using the transaction for the appraisal of the fee simple estate in the subject property. It is possible that the transaction cannot be used for direct comparison purposes at all because there is no way to make an adjustment for the difference in rights or the quitclaim deed may be for purposes of clearing the title. Some sale contracts call for the sale of real property rights but add deed restrictions or other forms of limitations on the purchaser or future users of the property. That sort of title or use limitation may limit the transaction's use to a general market indicator or render the transaction unusable for direct market comparison because the real property rights conveyed are less than fee simple.

Income-producing real estate is often subject to an existing lease or leases encumbering the title. By definition, the owner of real property that is subject to a lease no longer controls the complete bundle of rights, i.e., the fee simple estate. If the sale of a leased property is to be used as a comparable sale in the valuation of the fee simple estate of another property, the comparable sale can only be used if reasonable and supportable market adjustments for the differences in rights can be made. For example, consider the appraisal of the fee simple estate in real estate that is improved with an office building. A similar improved property was fully leased at the time of sale, the leases were long-term, and the credit ratings of the tenants were good. To compare this leased fee interest to the fee simple estate of the subject property, the appraiser must determine if the contract rent of the comparable property was above, below, or equal to market rent. The appraiser must also determine whether contract rent represents income attributable to increases in rent under existing leases resulting from stated escalations in the leases or tenant reimbursement of expenses. If the market rent for office space is $25 per square foot net and the average contract rent for the comparable property is $20 per square foot net, then the difference between market and contract rent is $5 per square foot. However, this difference only reflects the disparity in property rights if the lease term is very long.

Calculating an adjustment for differences in real property rights is also necessary when the subject property involves the fee simple estate but the comparable sale involves the leasehold interest. Although it is

4. A quitclaim deed is a method of conveying title to real property in which any interest the grantor possesses in the property described in the deed is conveyed to the grantee without warranty of title.

usually not recommended that the sale of a leasehold interest be compared to a fee simple estate, the limited availability of sales of directly comparable interests sometimes makes this necessary. For example, consider an office building that is owned and sold separately from its site, which is subject to a 99-year ground lease. The 100,000-sq.-ft. building, which is leased at market rent, sold for $22 million, or $220 per square foot. To develop an indication of the value of the fee simple estate of the total property, the value indication for the leased fee interest must be added to that of the leasehold interest.

One method of developing a value indication for the leased fee interest (land only) is to capitalize the rent that accrues to the land. Suppose that the annual ground rent is $200,000, which is consistent with current market rents, and that market evidence supports a land capitalization rate ($R_L$) of 5%. The calculation is

| | |
|---|---|
| Income to the land ($I_L$) divided by $R_L$ | $200,000/0.05 |
| Value of the leased fee interest | $4.0 million |

Typically, the capitalization rate for the land will be lower than the rate for the building because the building incurs physical deterioration or obsolescence. In this case, an upward adjustment of $4.0 million for property rights conveyed would be shown in the sales comparison grid.

In comparing properties that are encumbered by long-term leases or are essentially fully leased with quality tenants, the appraiser must recognize that these leased properties may have significantly less risk than a competitive property that has shorter-term tenants at market rental rates. On the other hand, the reverse may be true in expanding markets. The ability to demand higher rental rates and the ready availability of tenants may favor the shorter-term lease strategy. The market position of a fully leased building is clearly different from that of a building with no leases at all. The buyer of a multitenant property that has a good cash flow in place may not be the same buyer who is interested in a property that is only one-third occupied. In the case of the property with two-thirds vacancy, the buyer may need a 20% down payment and another 20% to cover the shortfalls created by the lease-up period. It is quite common for buyers of nearly empty buildings to have to invest capital for many years until the properties reach stabilized occupancy. The period over which the property leases up to a stabilized level is easily reflected in the income capitalization approach but often needs to be adjusted for in the sales comparison approach. Appraisers should also be aware that the adjustment applied to the sale of a partially vacant property would be different if users favor empty buildings over those encumbered by leases.

Calculations of appropriate adjustments reflecting differences in property rights may be difficult to develop and support. Properly developed adjustments require significant research and diligence. Ideally, the comparables selected for analysis include the same types of property rights as the subject property, so adjustments are not needed.

### Financing Terms

The transaction price of one property may differ from that of an identical property due to different financing arrangements. For example, the purchaser of a property may have assumed an existing mortgage at a favorable interest rate. In another case, a developer or seller may have arranged a buydown, paying cash to the lender so that a mortgage with a below-market interest rate could be offered. In both cases the buyers probably paid higher prices for the properties to obtain below-market financing. The general availability of financing and the loan-to-value ratio can be significant factors that influence property value, and the specific financing terms in a transaction can also affect the price.

Other non-market financing arrangements include installment sale contracts, in which the buyer pays periodic installments to the seller and obtains legal title only after the contract is fulfilled, and wraparound loans, which are superimposed on existing mortgages to preserve their lower interest rates. These loans offer below-market or blended interest rates to borrowers (i.e., the buyers). Below-market rates are sometimes extended to individuals who have substantial net worth and are therefore especially creditworthy.

In cash equivalency analysis an appraiser investigates the sale prices of comparable properties that appear to have been sold with non-market financing to determine whether adjustments are needed to reflect typical market terms at the time of sale. First, sales with non-market financing are compared to other sales transacted with market financing to determine whether an adjustment for cash equivalency can be made.

The typical definition of *market value* recognizes cash-equivalent terms provided that the calculation of these terms reflects the market. Conditions of sale may reveal other interests on the part of buyers or sellers that are not related to financing terms. Confirmation of the intent of buyers and sellers is one way to verify a cash equivalency adjustment.

Cash equivalency calculations vary depending on the kind of financing arrangement that requires adjustment. Appraisers may calculate adjustments for atypical financing by analyzing renegotiated contracts on the same property (e.g., a sale is negotiated at a price subject to the buyer securing new market financing and, while still under contract, the deal is renegotiated at a different face value with the seller providing terms), by using paired data sets, or by discounting the cash flows (e.g., payments and balloons) created by the mortgage contract at market interest rates. If discounting is used, the appraiser should not assume that the buyer will always hold the property for the life of the mortgage. Market evidence often indicates otherwise. A mortgage is often discounted for a shorter term, but the balloon payment must still be included. In addition, the benefit of a lower interest rate loan may not be as significant in future years as it is now. In other words, buyers who are able to arrange favorable financing may claim that the mortgage with the lower rate obtained through the sale will only benefit them until the mortgage interest rates come back down.

Calculating a cash equivalency adjustment by discounting cash flows can be accomplished in different ways. When a seller finances a mortgage at a below-market interest rate, the appraiser can estimate the present value of the mortgage by applying a present value factor to the monthly mortgage payment at the market interest rate for the stated term of the mortgage. For example, an appraiser finds a comparable sale of a one-unit residence that was sold for $220,000 with a down payment of $50,000 and a seller-financed mortgage of $170,000 for a 20-year term at 3.0% interest. Homes in the market area are typically held for the full 20-year term and the market-derived rate is 3.5%. The cash equivalency adjustment is calculated as follows:

| | |
|---|---|
| Mortgage: | $170,000, 20 years, 3% |
| Monthly Payment: | $942.82 |
| Present Value of $942.82 per Month for 20 Years @ Market Rate of 3.5%: | $162,566 |
| Indicated Adjustment for Cash Equivalency: | $7,434 |
| $170,000 – $162,566 = $7,434 | |

The cash-equivalent sale price would then be $212,566 ($220,000 – $7,434).

Discounting cash flows to calculate a cash equivalency adjustment may also take into account the expectation of a balloon payment. For example, consider a house that sells for $250,000 with a down payment of $50,000 and a seller-financed $200,000 mortgage at an interest rate of 3.5% when the market rate is at 6.0%. The mortgage is amortized over 25 years with a balloon payment due at the end of 8 years The present value of the mortgage is computed as the sum of two components:

1. The present value of the mortgage payments at the market interest rate for the expected life of the mortgage
2. The present value of the future mortgage balance at the market interest rate

The calculations are as follows:

| | |
|---|---|
| Mortgage: | $200,000, 25 years, 3.5% |
| Monthly Payment: | $1,001.25 |
| Present Value of $1,001.25 per Month for 8 Years @ 6.0%: | $76,190.34 |
| Mortgage Balance in 8 Years: | $153,777.38 |
| *PV* of Mortgage Balance in 8 Years @ 6.0%: | $95,268.76 |
| *PV* of Mortgage: | $171,459.10 |
| $76,190.34 + $95,268.76 = $171,459.10 | |
| Indicated Adjustment for Cash Equivalency: | $28,540.90 |
| $200,000 – $171,459.10 | |

The cash-equivalent sale price would then be $221,459.10 ($250,000 – $28,540.90).

Transactions involving mortgage assumptions can be adjusted to cash equivalency with the same method applied to seller-financed transactions. Other atypical mortgage terms include mortgages that call for interest-only payments followed by payments that include the repayment of the

principal. This type of mortgage can also be adjusted to its cash-equivalent value using the adjustment procedure described here. The present values of the payments (monthly, quarterly, semiannual, or annual) at the market rate, year by year, are derived using present value factors. If balloon payments are involved, present value factors may be applied to isolate the contributory market value of the unpaid balance of the mortgage.

Financing adjustments derived from precise, mathematical calculations of cash equivalency must be rigorously tested against market evidence. Strict mathematical calculations may not reflect market behavior. It is necessary for the appraiser to talk with the buyers and sellers to determine if the financing terms affect value. Market evidence must support the adjustment made. If the cash discount indicated by the calculations is not recognized by buyers and sellers, the adjustment is not justified.

Appraisers should also recognize that in some situations financing and conditions of sale are interdependent, and they should be careful not to double-count the influence of these factors when making quantitative adjustments.

### Conditions of Sale

The definition of *market value* used in most assignments requires "typical motivations of buyers and sellers" with no pressure on either party to consummate the sale. An adjustment for conditions of sale usually reflects the motivation of either a buyer or a seller who is under undue duress to complete the transaction. In many situations the conditions of sale significantly affect transaction prices. These atypically motivated sales are not considered arm's-length transactions. For example, a developer may pay more than market value for lots needed in a site assemblage because of the plottage value or enhanced development economies expected to result from the greater utility of the larger site. A sale may be transacted at a below-market price if the seller needs cash in a hurry. A financial, business, or family relationship between the parties to a sale may also affect the price of property. Interlocking corporate entities may record a sale at a non-market price to serve their business interests. One member of a family may sell a property to another member of the family at a reduced price, or a buyer may pay a higher price for a property because it was built by his ancestors.

When non-market conditions of sale are detected in a transaction, the sale can be used as a comparable sale but only with care. The circumstances of the sale must be thoroughly researched before an adjustment is made, and the conditions must be adequately disclosed in the appraisal report. Any adjustment should be well supported with data. If the adjustment cannot be supported, the sale probably should be discarded.

Although conditions of sale are often perceived as applying only to sales that are not arm's-length transactions, some arm's-length sales may reflect atypical motivations or sale conditions due to unusual tax considerations, lack of exposure on the open market, or the complexity of eminent domain proceedings. If the sales used in the sales comparison approach reflect unusual situations, an appropriate adjustment (sup-